IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dannie Keaton, III, :
:
    Plaintiff(s), :
: Case Number: 1:15cv578
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 1, 2016 a Report and Recommendation (Doc. 12). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 15) and defendants filed a response to the objections (Doc. 17).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, the Court finds no reversible error in the Administrative Law Judge's reference to plaintiff's lack of mental health treatment. Moreover, any error would have been harmless in light of the many additional reasons cited by the Administrative Law Judge for the adverse credibility determination.

    Therefore, defendant's decision is AFFIRMED. This case is hereby TERMINATED from the docket of this Court.

    IT IS SO ORDERED.


                              ___s/Susan J. Dlott_____
                              Judge Susan J. Dlott
                              United States District Court